**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 181 MAL 2018

               Respondent    :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Superior Court

          v.                     :

                           :

PAUL MCKENZIE,             :

                           :

               Petitioner    :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.